**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CORY A. HAYDOCY, ESQ., *et al.*,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-816**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (OPERS), *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiffs' Standalone Motion for Rule 37(e)(2) ESI Spoliation Sanctions and Appointment of a Rule 53 Special Master (ECF No. 15). Plaintiffs' Motion is premised on the spoliation of documents by Defendants, supported by a lone email dated January 21, 2025, in which counsel for Defendant Ohio Public Employees Deferred Compensation Program ("ODC") stated that "ODC did not retain a copy of the fully completed form sent to OPERS in July 2024." (ECF No. 1-30.)

The Court does not read this sentence to reflect intentional spoliation by Defendants as would be necessary to impose sanctions or appoint a special master. Rather, it merely reflects that ODC sent a document to OPERS in July 2024. And the document has not been destroyed or withheld from Plaintiffs—as Defendants point out, Plaintiffs attached it to their Complaint. (*See* ECF No. 1-5, PAGEID #156.)

Because there are no grounds warranting the imposition of sanctions, an evidentiary hearing, or the appointment of a special master, Plaintiffs' Standalone Motion for Rule 37(e)(2)

ESI Spoliation Sanctions and Appointment of a Rule 53 Special Master (ECF No. 15) is **DENIED**. Plaintiffs' objections to the undersigned's September 4, 2026 Order (ECF No. 15) remain pending for review by the District Judge.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE